HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Attorney for Defendant
KEVIN JAMES ICKES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:04-cr-0212-JAM |
| v. | STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING AND SET ADMIT/DENY HEARING |
| KEVIN JAMES ICKES, | New Date: January 10, 2023<br>Time: 9:00 a.m.<br>District Judge John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel,

DHRUV SHARMA, Assistant United States Attorney, attorney for the GOVERNMENT, and

RACHELLE BARBOUR, attorney for Defendant, KEVIN JAMES ICKES, that the preliminary

hearing set for December 22, 2022, at 2:00 p.m. be vacated as Mr. Ickes is waiving his right to a

preliminary hearing. The parties request that this matter be set on District Judge Mendez's

calendar on January 10, 2023, at 9:00 a.m. for entry of admission or denial. The Probation

Officer concurs with this request.

DATED: December 21, 2022        HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
KEVIN JAMES ICKES

Stipulation – ICKES

DATED:  December 21, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Dhruv Sharma
DHRUV SHARMA
Assistant U.S. Attorney
Attorney for the United States

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

DATED:  December 21, 2022

HON. JEREMY D. PETERSON
United States Magistrate Judge

Stipulation – ICKES