UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

1/24/2023

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEVIN JAMES ICKES,<br><br>　　　　　Defendant. | Case No.　2:04-cr-00212 JAM<br><br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL

This is to authorize and direct you to release KEVIN JAMES ICKES
– Case No. 2:04-cr-00212 JAM; Charge 18 U.S.C. § 3606 – from
custody for the following reasons:

____　Release on Personal Recognizance

____　Bail Posted in the Sum of $

____　Unsecured Appearance Bond $

____　Appearance Bond with 10% Deposit

__X__　Other:　Defendant sentenced to a term of imprisonment of
TIME SERVED.

____　Sacramento County Jail is ORDERED to release the
defendant with a 30-day supply of any medications the
defendant is receiving from the jail.

Issued at Sacramento, California on 1/24/2023 at 9:35 AM.

_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE